# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

-----------------------------------------------------------X
In re:                                        :        Chapter 11
                                              :
**Nicole Prete Deeds**                        :        No. 14-10497-RGM
                                              :
        **Debtor.**                     :
                                              :
-----------------------------------------------------------X

## ORDER ON U.S. TRUSTEE'S MOTION TO DISMISS OR CONVERT

UPON CONSIDERATION of the Motion to Dismiss or Convert filed by the U.S. Trustee, and after notice and hearing, it is hereby

ORDERED that Debtor shall file a reasonably confirmable plan and disclosure statement on or before July 7, 2015, and shall schedule the hearing on the disclosure statement for August 11, 2015. Such plan shall provide for payment or cure in full of all debts within a reasonable time.

In the event that Debtor fails to do so, the U.S. Trustee shall give a 10-day notice of such failure, after which this case shall be dismissed without further motion or notice unless the Debtor or another party in interest objects within such 10 day period and sets the matter for a prompt hearing.

Dated: May 13 2015                    /s/ Robert G. Mayer
                                       Judge, U.S. Bankruptcy Court

Entered on Docket: May 14, 2015

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

SEEN AND AGREED:


\_/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

SEEN AND AGREED:

\_/s/ Jack Frankel_____
Office of the US Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314
703-557-7176

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                                                 \_\_/s/Daniel M. Press\_\_\_\_
                                                                 Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee